| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Barry E. Borowitz, #167418<br>**BOROWITZ & CLARK, LLP**<br>100 N. Barranca Ave., Suite 250<br>West Covina, CA 91791<br>Telephone:    (626) 332-8600<br>Facsimile:    (626) 332-8644<br><br>*Attorney for Plaintiff* | **FILED & ENTERED**<br><br>JAN 27 2012<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY carranza DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

Laslo White,

　　　　　　　　　　　　　　　　　　Debtor(s).

| | |
|---|---|
| Laslo White,<br><br>　　　　　　　Plaintiffs,<br><br>　　　　vs.<br><br>Schools Federal Credit Union<br><br>　　　　　　　Defendant. | CHAPTER **13**<br><br>CASE NUMBER **2:11-bk-47298-VZ**<br><br>ADVERSARY NUMBER **2:11-ap-02760-VZ**<br><br>DATE: January 17, 2012<br><br>TIME: 1:30pm<br><br>COURTROOM: 1368 |

# DEFAULT JUDGMENT
## (WITHOUT PRIOR JUDGMENT)

Based on the Defendant's failure to respond to the Complaint, the Court renders its judgment as follows:

1. Judgment shall be entered in favor of Plaintiff (*specify name*): **Laslo White**
   and against Defendant (*specify name*): **Schools Federal Credit Union**
   .

2. a. ☐ Plaintiff is awarded damages in the following amount:    $
   b. ☐ Plaintiff is awarded costs in the following amount:    $
   c. ☐ Plaintiff is awarded attorney fees in the following amount:    $
   d. ☐ Plaintiff is awarded interest at the rate of _____% per year from the following date to the date of entry of this Judgment (*Specify date from which interest shall begin to run*):
   e. ☒ Plaintiff is granted the following relief (*specify*): That the lien of **Schools Federal Credit Union** should be treated as an unsecured claim and have no further force and effect against the Debtor's real property, and shall be avoided in its entirety upon entry of the order of discharge under chapter 13.
   ☐ See Attached Page

3. ☐ This Judgment or claim is determined to be non-dischargeable under:    ☐ Bankruptcy Code §523(a)_____
   　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　☐ Other (*specify*):

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                **F 9021-1.4**

Default Judgment (Without Prior Judgment) – *Page* 2       **F 9021-1.4**

| In re: Laslo White | CHAPTER: 13 |
| --- | --- |
| Debtor(s). | CASE NUMBER **2:11-bk-47298-VZ** |
| | ADV. No.    **2:11-ap-02760-VZ** |

4. ☐ The Court further adjudges as follows:           ☐    See Attached Page

##

DATED: January 27, 2012

_____
United States Bankruptcy Judge

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                             **F 9021-1.4**

Default Judgment (Without Prior Judgment) – Page 3          F 9021-1.4

| In re: Laslo White | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NUMBER **2:11-bk-47298-VZ** |
| | ADV. No. **2:11-ap-02760-VZ** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**100 North Barranca Avenue, Suite 250, West Covina, CA 91791**

A true and correct copy of the foregoing document described as **Order Granting Motion for Default Judgment** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On   January 19, 2012   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Vincent P. Zurzolo | Nancy Curry | Sylvester & Ruby Wise |
|---|---|---|
| US Bankruptcy Judge | Chapter 13 Trustee | 12218 South Main Street |
| 255 E. Temple Street, Suite 1360 | 606 S. Olive Street, Suite 950 | Los Angeles, CA 90061 |
| Los Angeles, CA 90012 | Los Angeles, CA 90014 | |

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 19, 2012 | Alma Polanco | **/s/Alma Polanco** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                           **F 9021-1.4**

Default Judgment (Without Prior Judgment) – *Page* 4                                                                                          **F 9021-1.4**

| | |
|---|---|
| In re:  Laslo White<br><br>                                                             Debtor(s). | CHAPTER: 13<br>CASE NUMBER  **2:11-bk-47298-VZ**<br>ADV. No.              **2:11-ap-02760-VZ** |

**SERVED BY U.S. MAIL**

SECOND DEED OF TRUST HOLDER
Schools Federal Credit Union
Harry Montanez, CEO
2200 West Artesia Boulevard
Compton, CA 90220


FIRST DEED OF TRUST HOLDER
Bank of America, N.A.
450 American Street
Simi Valley, CA 93065

AGENT FOR SERVICE OF PROCESS FOR BANK OF AMERICA
CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

Bank of America, N. A.
Brian Moyniham/ President & CEO
100 N. Tyron St.
Charlotte, NC 28255

BAC Home Loans Servicing, LP
4500 Park Granada
Calabasas, CA 91302

**NOTE TO USERS OF THIS FORM**:

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                         **F 9021-1.4**

Default Judgment (Without Prior Judgment) – Page 5                                                                 F 9021-1.4

| In re: Laslo White | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NUMBER **2:11-bk-47298-VZ** |
| | ADV. No. **2:11-ap-02760-VZ** |

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)  **Order Granting Motion for Default Judgment** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **January 19, 2012**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**United States Trustee:** ustpregion16.la.ecf@usdoj.gov
**Nancy K. Curry**: ecfnc@trustee13.com
**Barry E. Borowitz:** notices@blclaw.com, ecf@blclaw.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Barry E. Borowitz
100 N. Barranca Avenue, Suite 250
West Covina, CA 91791-1600

Laslo White
5747 East Avenue T8
Palmdale, CA 93552

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                 F 9021-1.4